# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0472
LT Case No. 16-2016-CF-07963-AXXX

_____

JAVONTE RAMSEY,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Javonte T. Ramsey, Wewahitchka, pro se.

Ashley Moody, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.

September 12, 2023

PER CURIAM.

     AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---